(https://www.traviscountytx.gov)

## District Clerk - AARO - Attorney Access to Records Online

# Details

**Updated : Saturday, February 17, 2018 5:09:54 AM**

Request Documents (/aaro/Content/record_search_fil

**Cause Number**
D-1-GN-18-000287

New Search (/aaro/)

**Style**
FERNANDEZ V. MORGAN

**Filed Date**
1/18/2018

**Court**
98

**Type**
PERSONAL INJURY VEHICLE (GEN LIT )

**Case Status**
PENDING

**Action/Offense**

**Hearing Date**


| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| | DEFENDANT | RUMA TRANSPORT LLC | |
| | DEFENDANT | | MORGAN , RONALD ERWIN |
| LOPEZ JOSE LUIS | PLAINTIFF | | FERNANDEZ , BARDOMIANO |


| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 2/13/2018 | 98 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf? barCodeId=5665970) |
| 1/29/2018 | 98 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf? barCodeId=5638391) |
| 1/26/2018 | 98 | DF | ISS:CITATION | ISSUANCE | 1 | Download (/aaro/Default/GetPdf? barCodeId=5633326) |
| 1/26/2018 | 98 | DF | ISS:CITATION | ISSUANCE | 1 | Download (/aaro/Default/GetPdf? barCodeId=5633325) |
| 1/18/2018 | 98 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 16 | Download (/aaro/Default/GetPdf? barCodeId=5619247) |

Request Documents (/aaro/Content/record_search_fillable.pdf)

New Search (/aaro/)

© 2018 Travis County, Texas - All rights reserved.

**"Exhibit C"**

1/18/2018 3:13 PM

Velva L. Price
District Clerk
Travis County
D-1-GN-18-000287
Ruben Tamez

D-1-GN-18-000287

CAUSE NO. _____

| | | |
|---|---|---|
| BARDOMIANO FERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | **98TH** |
| VS. | § | _____ JUDICIAL DISTRICT |
| | § | |
| RONALD ERWIN MORGAN & | § | |
| RUMA TRANSPORT, LLC | § | |
| | § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BARDOMIANO FERNANDEZ, Plaintiff herein, and files this Original Petition complaining of RONALD ERWIN MORGAN and RUMA TRANSPORT, LLC, Defendants herein, and would respectfully show unto the Court as follows:

### I. DISCOVERY TRACK

1.1    In compliance with Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff avers that discovery be conducted pursuant to Level 3.

### II. PLAINTIFF

2.1    Plaintiff BARDOMIANO FERNANDEZ, is a resident of the State of Texas. Plaintiff brings this suit individually for his injuries and damages sustained as a result of this incident.

### III. DEFENDANTS

3.1    Defendant, RONALD ERWIN MORGAN (hereinafter referred to as

---

**"Exhibit C"**

"Defendant" or "MORGAN"), is an individual who is a Florida Resident. He may be served with process at 5016 Flamingo Lane, Dade City, FL 33523-8839, or wherever he may be found.

3.2     Defendant, RUMA TRANSPORT, LLC, is a foreign corporation, and can be served through its registered agent, Thomas Joseph Ruma, at 1648 Wellington Woods Drive, Eureka, MO 63025, or wherever he may be found.

3.3     Plaintiff specifically invokes the right to institute this suit against whatever entity was conducting business in partnership with, joint venture with, and/or as employer of Defendant MORGAN, with regard to the events described in this Plaintiff's Original Petition.  Plaintiff expressly invokes his right under Rule 28 of the Texas Rules of Civil Procedure to have the true name of this party substituted at a later time upon the motion of any party or of the Court.

## IV. VENUE AND JURISDICTION

4.1     Venue is proper and maintainable in Travis County, Texas under §15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to the claims made the basis of this lawsuit occurred in Travis County, Texas.

### RULE 47 STATEMENT

4.2     Plaintiff pleads that he seeks monetary relief over $1,000,000.

### V. FACTS

**"Exhibit C"**

5.1     On January 15, 2017, Plaintiff Bardomiano Fernandez was a restrained driver of a 2006 Dodge Ram 1500 travelling southbound in the 2200 block of N. Interstate Highway 35. Insured Ronald E. Morgan was driving a 2006 Freightliner 18-wheeler directly behind Fernandez, while in the course and scope of his employment with Defendant RUMA TRANSPORT, LLC. Morgan did not control his speed, and crashed into Plaintiff's vehicle hard enough to push it into the vehicle in front of Plaintiff, a 2016 Dodge Ram driven by non-party Thomas English. Plaintiff sustained bodily injuries in this incident.

## VI. CLAIMS AGAINST DEFENDANTS

### A. NEGLIGENCE OF RUMA TRANSPORT, LLC AND RONALD ERWIN MORGAN

6.1     The incident complained of herein and the resulting injuries and damages to Plaintiff were proximately caused by the negligence of Defendants in one or more of the following respects:

   a.     Defendant MORGAN operated the vehicle in a careless and/or reckless manner;

   b.     Defendant MORGAN failed to maintain the vehicle that he was operating under proper control;

   c.     Defendant MORGAN failed to maintain a proper distance from Plaintiff's vehicle as to avoid colliding with it;

   d.     Defendant MORGAN failed to keep a proper lookout;

   e.     Defendant MORGAN failed to use due caution;

   f.     Defendant MORGAN failed to maintain an assured clear distance from

**"Exhibit C"**

other vehicles;

    g.    Defendant MORGAN failed to exercise the degree of care and caution which would have been exercised by a person using ordinary care and caution in the same or similar circumstances.

6.2    Each of these acts and omissions, singularly or in combination with others, constitute negligence, and did proximately cause the incident and are the sole and proximate cause or causes of Plaintiff's resulting permanent and life-altering injuries.

**B.    NEGLIGENCE PER SE OF RUMA TRANSPORT, LLC AND RONALD ERWIN MORGAN**

6.3    Plaintiff adopts and incorporates all of the allegations contained herein. All conditions precedent have been met or have occurred. The actions and omissions of Defendant constitute negligence per se. Specifically, Plaintiff will show that Defendant:

    a.    Failed to control speed;

    b.    Was driving while distracted;

    c.    Drove in willful and wanton disregard for the safety of persons or property on the roadway in violation of Transportation Code §545.401(a).

6.4    Plaintiff would show that such conduct was negligent per se, and respectfully request the Court to instruct the jury accordingly.

## VII. RESPONDEAT SUPERIOR

7.1    At all times material hereto, Defendant MORGAN, the driver of the RUMA TRANSPORT, LLC truck at issue, was acting in the course and scope of his employment with Defendant RUMA TRANSPORT, LLC, and in furtherance of RUMA TRANSPORT, LLC business interests. At the time of the Collision, Defendant

**"Exhibit C"**

MORGAN was the authorized agent, servant, employee or independent contractor of Defendant RUMA TRANSPORT, LLC, and was acting on behalf of RUMA TRANSPORT, LLC, and in furtherance of RUMA TRANSPORT, LLC business interests.  Accordingly, RUMA TRANSPORT, LLC is liable to Plaintiff for all of the damages herein under the principles of respondeat superior.  Even if Defendant MORGAN was not an "employee" of RUMA TRANSPORT, LLC, he was nevertheless a statutory employee of RUMA TRANSPORT, LLC.

## VIII. NEGLIGENT HIRING, TRAINING, RETENTION & SUPERVISION BY DEFENDANT RUMA TRANSPORT, LLC

8.1     Plaintiff fully adopts and incorporates all of the allegations contained herein. RUMA TRANSPORT, LLC was negligent in hiring Defendant MORGAN as a commercial motor vehicle driver/operator and was negligent in retaining Defendant MORGAN as a commercial motor vehicle driver/operator.  Such negligence was a proximate cause of the Collision and Plaintiff's resulting permanent and life-altering injuries.  Defendant RUMA TRANSPORT, LLC was negligent in that it knew or should have known that Defendant MORGAN was incompetent and/or unfit to operate a vehicle on the roads of the State of Texas. Furthermore, RUMA TRANSPORT, LLC was negligent in failing to properly train and supervise Defendant MORGAN as a commercial motor vehicle driver/operator.  Such negligence was a proximate cause of the Collision and Plaintiff's resulting permanent and life-altering injuries.

## IX. DAMAGES

9.1     Plaintiff BARDOMIANO FERNANDEZ has suffered, and will experience into the future, damages in the form of past and future mental and emotional anguish, pain

**"Exhibit C"**

and suffering in the past, pain and suffering in the future, past medical expenses, future medical expenses, lost wages, past and future physical disfigurement, past and future physical impairment, and all other elements of damages to which Plaintiff may show herself to be entitled under law. Damages are in an amount which exceeds the jurisdictional limitations of the Court.

## X. GROSS NEGLIGENCE AND EXEMPLARY DAMAGES

10.1    Plaintiff BARDOMIANO FERNANDEZ is entitled to seek exemplary damages from Defendants for acts and/or omissions of gross negligence under the laws of Texas.

10.2    Plaintiff fully adopts and incorporates all of the allegations contained herein.  All conditions precedent have been met or have occurred.  When viewed objectively from the standpoint of Defendants at or around the time of the Collision, the actions and omissions of Defendants involved an extreme degree of risk considering the probability and magnitude of the potential harm to others.  Defendants had actual and subjective awareness of the risk involved but nevertheless proceeded with conscious indifference to the rights, safety and/or welfare of others.  As such, the actions and omissions of Defendants constitute gross negligence.

## XI. PRE-JUDGMENT AND POST-JUDGMENT INTEREST

11.1    Plaintiff BARDOMIANO FERNANDEZ seeks pre-judgment and post-judgment interest at the highest rate allowed by law.

## XII.  REQUEST FOR JURY TRIAL

12.1    Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby requests a trial by jury.

## XIII.  PRESERVING EVIDENCE

## "Exhibit C"

13.1    Plaintiff hereby requests and demands that Defendant preserve and maintain all evidence pertaining to any claim or defense related to the incident made the basis of this lawsuit or the damages resulting therefrom, including statements, photographs, videotapes, bill or bills of lading, weight tickets; any documents identifying the ownership and nature of the freight; audiotapes, surveillance or security tapes or information, business or medical records, incident reports, tenant files, periodic reports, financial statements, bills, telephone call slips or records, estimates, invoices, checks, measurements, correspondence, facsimiles, email, voicemail(s), text message(s), any evidence involving the incident in question, and any electronic image, data file, or information related to the referenced incident or damages.  Failure to maintain such items will constitute "spoliation" of the evidence.

## XIV. REQUEST FOR DISCLOSURE

14.1    Plaintiff requests Defendant RUMA TRANSPORT, LLC respond to Request for Disclosure pursuant to Texas Rules of Civil Procedure 194.

## XV. REQUEST FOR PRODUCTION

15.1    Pursuant to Rule 196 of the TEXAS RULES OF CIVIL PROCEDURE, defendant RUMA TRANSPORT, LLC is requested to produce, within fifty (50) days of service of this request, the following information. Demand is hereby made for supplementation of the Defendants responses to this Request for Production as required by TEXAS RULE OF CIVIL PROCEDURE 193.5.

Definitions & Instructions

        For purposes of the following Requests, the following definitions and instructions apply:

**"Exhibit C"**

"You", "Your" and "Defendant" means and refers to the named RONALD ERWIN MORGAN  and/or RUMA TRANSPORT, LLC, responding to the request, as well as your attorneys, agents, employees, and all other natural persons or business or legal entities acting, or purporting to act, for or on your behalf whether authorized to do so or not.

"Incident in Question" means and refers to the Incident described in Plaintiff's Original Petition.

"Document" means and includes writings of every type and from any source, including originals and non-identical copies thereof, that are in your possession, custody, or control or known by you to exist. This would include documents sent outside your organization to any source as well as documents intended for internal use.

The term also includes communications not only in words, but in symbols, pictures, sound recordings, film, tapes and information stored in, or accessible through, computer or other information storage or retrieval systems.  If the information is kept in a computer or informational retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

"Custodian" means the person or entity with care, custody, control of the item or document that is subject of inquiry.  A request to identify the custodian of any item or document is a request to provide the name, address and telephone number of said custodian.

"Photograph" means and includes any motion picture, still picture, transparency, videotape, drawing, sketch, electronic image, negatives or any other recording of any non-verbal communication in tangible form.

You are not asked to divulge or provide any information or documents, which are privileged in nature.  However, for each document or other requested information that you assert is privileged or is not discoverable, provide a privilege log within fifteen (15) days with the required information pursuant to TRCP Rule 193.3.

If a requested document once was but is no longer in the possession, custody or control of Defendant or any of its representatives, state what disposition was made of such document.

If any of these requests cannot be responded to in full, please respond to the extent possible, specifying the reason for Defendant's inability to fully respond, and stating whatever information or knowledge Defendant has concerning the portion to which Defendant cannot fully respond.

Pursuant to Overall v. Southwestern Travis Yellow Pages, a party is required to send the documents to the requesting party along with a copy of the response.  Unless there are thousands of documents, a party is not permitted to merely make documents available at a

**"Exhibit C"**

specific location. 869 S.W.2d 629 (Tex. App.–Houston [14th Dist.] 1994).

### REQUESTS FOR PRODUCTION

1.  Produce all job descriptions for each job position held by Defendant RONALD ERWIN MORGAN at RUMA TRANSPORT, LLC.

2.  A copy of any agreement, and/or contract of employment that would govern Defendant MORGAN's relationship with any other entity or bear on the issue of "course and scope of employment" for which Defendant MORGAN was employed at the time of the Incident in Question with RUMA TRANSPORT, LLC.

3.  Any written, taped, or mechanically reproduced statement made of any Defendant MORGAN and/or any representative of RUMA TRANSPORT, LLC.

4.  Please produce statements made by Defendant MORGAN and/or any representative of RUMA TRANSPORT, LLC regarding the Incident in Question to his/their insurance company, its employees, agents, independent contractors, adjusters, or representatives, not including statements made to Defendant's attorney.

5.  The entire claim and investigation file, including but not limited to, statements, reports, videotapes, drawings, memoranda, photographs, and documents, regarding the Incident in Question generated or obtained by Defendants, Defendants' agents, or Defendants' insurers in the ordinary course of business. **See Texas Supreme Court case In re Ford Motor Co., 988 S.W.2d 714, 719 (Tex.1998); Dunn Equip. v. Gayle, 725 S.W.2d 372, 374-75 (Tex. App.—Houston [14th Dist.] 1987, orig. proceeding.**

6.  Complete and clearly readable copies of the employment file maintained by the Defendant MORGAN, or Defendant MORGAN's employer, along with any other documents contained therein, in their precise state of existence on the date of the crash, including but not limited to the following documents:

    a. Any pre-employment questionnaires or other documents secured from Defendant prior to employment.

    b. Any and all completed applications for employment secured both before and/or after the actual date of contract or employment of Defendant.

    c. All medical examinations, drug tests, and certification(s) of medical examinations inclusive of expired and non-expired documents relative to Defendant.

## "Exhibit C"

e. All inquiries to and answers received from any organization in reference to the driver's license record of traffic violations and accidents directed to and/or received by any of the Defendants, or other organizations on behalf of defendants, from state or federal governmental agencies, or other organizations, relative to Defendant's traffic and accident record.

h. Hiring, suspension, termination, warning notices, complaints, letters, memorandums and any other similar type documents relative to the Defendant.

7.   Produce any and all types of safety training taken by Defendant MORGAN regarding safe driving, how to avoid crashes, lane change, distracted driving and defensive driving that was in place for the years 2015-2017. Include the style and/or manner of the training (video, online class, live lecture, paper distribution, etc.) and whether the training required a completion certificate of the employees.

8.   A copy of each primary, umbrella, and excess insurance policy or agreement, including the declarations page, which was in effect at the time of the Incident in Question, including all non-waiver agreements, reservation of rights letters, or other documents or communications regarding any contractual obligations owed by you.

9.   Produce all telephone records and other documents reflecting the use of any mobile device Defendant RONALD ERWIN MORGAN regularly uses, for the period beginning January 16, 2017, through January 16, 2017.

10.  Produce Defendant RUMA TRANSPORT, LLC policies and procedures handbook.

11.  Produce Defendant RUMA TRANSPORT, LLC safety guidelines hand book.

12.  Please produce all pictures taken of the 2006 Freightliner bearing Missouri license plate 24AR6E, after the collision in this case.

13.  Please produce all estimates, invoices, documents, service agreements, body shop pictures, body shop repair documents, for the repair of the 2006 Freightliner bearing Missouri license plate 24AR6E, after the collision in this case.

14.  Produce all post-collision pictures taken of the trailer the Defendant was hauling at the time of the incident in question.

15.  Please produce all estimates, invoices, documents, service agreements, body shop pictures, body shop repair documents, for the repair of the trailer the Defendant was hauling at the time of the incident in question.

**"Exhibit C"**

16.  Please produce all records pertaining to the trailer and material the Defendant was transporting at the time the incident in question occurred. This request includes but is not limited to bill of lading, weight tickets, and documents identifying the ownership and nature of the freight.

17.  Please produce all of the Defendant's logbook records from October 1, 2016, through January 30, 2017.

18.  Please produce all GPS tracking device records pertaining to the 2000 Freightliner bearing Missouri license plate 24AR6E from October 1, 2016, through January 30, 2017.

19.  Please produce all documents reflecting Defendant RUMA TRANSPORT, LLC policies and procedures for the operation of distributing vehicles and/or 18 wheelers in the State of Texas in place on January 15, 2017.

20.  Please produce all documents reflecting RUMA TRANSPORT, LLC safety guidelines for the operation of distributing vehicles and/or 18-wheelers in the State of Texas in place on Jnuary 15, 2017.

## XVI. FIRST SET OF INTERROGATORIES

16.1  Pursuant to Rule 197 of the TEXAS RULES OF CIVIL PROCEDURE, you are requested

to answer, within fifty (50) days of service of this request, the following Interrogatories.

### Definitions & Abbreviations

Plaintiff sets forth the following definitions or abbreviations of various words and phrases that are contained in the Interrogatories. Plaintiff provides the following definitions and abbreviations for the purpose of clarifying the meaning of various words and phrases contained herein in order to expedite discovery, i.e., (1) to help the Defendants fully and accurately understands the objectives of Plaintiff's discovery efforts and (2) to simplify and assist the Plaintiff in Plaintiff's efforts to locate and furnish the relevant information and documents. It is expressly stipulated and agreed by Plaintiff's that an affirmative response on the part of Defendant will not be construed as an admission that any definition or abbreviation contained hereto is either factually correct or legally binding on Defendant.

A. DEFENDANT:  As used herein, the term "Defendant" means the named Defendants listed above, and/or answering the request, his/her representatives, agents, and counsel.

B. MULTIPLE PART ANSWERS: Where an individual interrogatory calls for an answer which involves more than one part or subpart, each part of the answer should be set forth separately so that it is clearly understandable and responsive to the respective

PLAINTIFF'S ORIGINAL PETITION, REQUEST FOR DISCLOSURE,
FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC
*Bardomiano Fernandez v. Ronald Erwin Morgan and Ruma Transport, LLC*
Page 11 of 15

## "Exhibit C"

interrogatory or subpart thereof.

C. YOU OR YOUR: Where the term "you or your" is used in the interrogatories or instructions, it is meant to include the person(s) referenced in definition "A" above.

D. WRITING OR WRITTEN: The term "writing" or "written" are intended to include, but not necessarily be limited to the following: hand writing, type writing, computer printouts, printing, photograph, and every other means of recording upon any tangible thing or any form of communication, including letters, words, pictures, sounds or symbols or combinations thereof; and they further include any oral communication later reduced to writing or confirmed by a letter.

E. DOCUMENT(S): The term "documents" shall mean writings of every type and from any source, including originals and non-identical copies thereof, that are in your possession, custody, or control or known by you to exist. This could include documents sent outside your organization to any source as well as documents intended for internal use.

The term also includes communications not only in words, but also in symbols, pictures, sound recordings, film, tapes and information stored in, or accessible through, computer or other information storage or retrieval systems. If the information is kept in a computer or informational retrieval system, the term also includes codes and programming instructions and other materials necessary to understand such systems.

The term includes, but is not limited to: calendars, checkbooks, agenda, agreements, analyses, bills, invoices, records of obligations and expenditures, corporate bylaws and charters, correspondence, diaries, files, legal documents, financial documents including balance sheets and profit and loss statements, letters, memorandum recording telephone or in-person conferences, manuals, books, press releases, purchase orders, records, schedules, memos of interviews, evaluations, written reports of tests or experiments, public relations releases, telegrams, teletypes, work papers, drafts of documents, and all other writings whose contents relate to the subject matter of the discovery request.

F. PERSON: "Person" as used herein means an individual, corporation, partnership, association, trust, governmental entity, and any otherwise described entity.

G. PERSON(S) IDENTITY: When an interrogatory requests that you identify a person please state:

1. His or her full name;
2. His or her present or last known address;
3. His or her present employers name and address; and
4. His or her occupational position or classification.

H. "IDENTIFY" or "IDENTIFICATION":

**"Exhibit C"**

1.  As to a person: When used in reference to a person or individual, the terms "identify" or "identification" mean to state his/her full name, address, and telephone number.

2.  As to an entity: The terms "identify" or identification" when used in reference to an entity such as a corporation, partnership or association, mean to state the name of the entity, its business address, telephone number, and name of its chief executive officer and the agent for service of process.

3.  As to a document: When used in reference to a document, the terms "identify" or "identification" shall include the following:

    a.  The title, heading or caption of such document.

    b.  The date appearing on such document; or if no date appears, the approximate date on which the document was prepared.

    c.  A general description of the document.

    d.  The name of the person who signed the document or statement that it was unsigned.

    e.  Name of the person or persons who prepared the document.

    f.  Name of the person or persons to whom the document was addressed and to whom the document was sent.

    g.  The physical location of the document.

4.  As to a statement:  When used in reference to a statement, the terms "identify" or "identification" shall include who made the statement, who took or recorded it, and all others, if any, present during the making thereof; to state when, where and how it was taken or recorded, and to identify who was present or last known possession, custody or control thereof.

5.  To any other tangible thing:  When used in reference to any other tangible thing, the terms "identify" or "identification" mean to give a reasonably detailed description thereof, including, if applicable, when, where, and how it was made; to identify who made it; and to identify who has present or last known possession, custody or control thereof.

I. INCIDENT IN QUESTION:   The term "incident" or "incident in question" or similar references used herein refers to the Incident or Incident in Question described in Plaintiff's Original Petition, unless otherwise defined herein, and which forms the subject matter in this suit.

J.  "STATEMENTS" includes any written or graphic statement signed or otherwise adopted or approved by the person making it and any stenographic, mechanical, electrical, or other recordings, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded.

---

**"Exhibit C"**

L.  VEHICLE IN QUESTION:  The term "vehicle in question" means the truck driven by RONALD ERWIN MORGAN  at the time of the incident in question.

## INTERROGATORIES

INTERROGATORY NO. 1: Identify the name(s) of the supervisor/manager of Defendant MORGAN, if any, on the date of the collision, and if different, name any and all supervisor(s)/manager(s) for thirty (30) days before the collision.

INTERROGATORY NO. 2: State the full name, current (or last known) address, and phone number of each person who has investigated the incident or incidents made the basis of this cause of action on your behalf and state the beginning and ending dates of each such person's investigation. This interrogatory includes, but is not limited to, insurance adjusters, persons employed by private adjusting firms, and private investigators.  **Please be advised that routine claims investigation does not constitute activity in preparation of litigation.  Morris v. Texas Employers Insurance Association, 759 S.W.2d 14, 15 (Tex.App.- Corpus Christi 1988, writ denied).**

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear herein, that judgment be entered against Defendants in a reasonable sum that will compensate Plaintiff for actual damages, the amount of which exceeds the minimal jurisdictional limits of this Court, additional damages to which Plaintiff may show himself justly entitled under Texas law, together with pre-judgment interest, post-judgment interest at the highest rate from the date of judgment until paid, exemplary damages, costs of suit, and such other and further relief both general and special, at law or in equity, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

JOE LOPEZ LAW, P.C.

**"Exhibit C"**

1502 West Ave. | Austin, Texas 78701
T: 512.580.9962 | F: 512.532.7077
E: JL@JoeLopezLaw.com


By:      /s/ Joe Lopez_____
         Joe Lopez
         State Bar No. 24041358
         JL@JoeLopezLaw.com

ATTORNEY FOR PLAINTIFF BARDOMIANO FERNANDEZ

**"Exhibit C"**

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED Bardomiano Fernandez v. Ronald Erwin Morgan and Ruma Transport, LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:**<br><br>Joe Lopez | **Email:**<br><br>JL@JoeLopezLaw.com | **Plaintiff(s)/Petitioner(s):**<br><br>Bardomiano Fernandez | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| **Address:**<br><br>1502 West Avenue | **Telephone:**<br><br>512-580-9962 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:**<br><br>Austin, Texas 78701 | **Fax:**<br><br>512-532-7077 | **Defendant(s)/Respondent(s):**<br><br>Ronald Erwin Morgan | **Custodial Parent:**<br><br>**Non-Custodial Parent:** |
| **Signature:** | **State Bar No:**<br><br>24041358 | Ruma Transport, LLC<br><br>*[Attach additional page as necessary to list all parties]* | **Presumed Father:** |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>_____<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>_____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>　☐Accounting<br>　☐Legal<br>　☐Medical<br>　☐Other Professional<br>　Liability:<br>　_____<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>　☐Asbestos/Silica<br>　☐Other Product Liability<br>　List Product:<br>　_____<br><br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/<br>　Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>_____<br><br>**Related to Criminal Matters**<br>☐Injunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>　Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>　☐With Children<br>　☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign<br>　Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>　of Minority<br>☐Other:<br>_____ | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br><br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>　Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>　Rights<br>☐Other Parent-Child:<br>_____ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>_____ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>　Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |

| Tax | | Probate & Mental Health | |
|---|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>　☐Dependent Administration<br>　☐Independent Administration<br>　☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case)*:
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

Rev 2/13

## "Exhibit C"

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-18-000287**

BARDOMIANO FERNANDEZ

, Plaintiff

vs.

RONALD ERWIN MORGAN AND RUMA TRANSPORT, LLC

Defendant

TO:   RONALD ERWIN MORGAN
      5016 FLAMINGO LANE
      DADE CITY, FLORIDA 33523-8839
      OR WHEREVER HE MAY BE FOUND

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.   You may employ an attorney.   If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the <u>PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC</u> of the <u>PLAINTIFF</u> in the above styled and numbered cause, which was filed on <u>JANUARY 18, 2018</u> in the <u>98TH JUDICIAL DISTRICT COURT</u> of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, January 26, 2018.

REQUESTED BY:
JOSE LUIS LOPEZ
1502 WEST AVE
AUSTIN, TX 78701
BUSINESS PHONE:(512)580-9962   FAX:(512)532-7077

Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse**
**1000 Guadalupe, P.O. Box 679003 (78767)**
**Austin, TX 78701**

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - - -- - -- **R E T U R N** -- -- - -- - - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the <u>PLAINTIFFS ORIGINAL PETITION, REQUEST FOR</u>

<u>DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC, LAWYER</u>

<u>REFERRAL</u> accompanying pleading, having first attached such copy of such citation to such copy of

pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Notary Public, THE STATE OF TEXAS

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____ County, Texas

D-1-GN-18-000287

SERVICE FEE NOT PAID

P01 - 000061058

☐ Original          ☐ Service Copy

**"Exhibit C"**

Unofficial copy Travis Co. District Clerk Velva L. Price

**"Exhibit C"**

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-18-000287**

BARDOMIANO FERNANDEZ

, Plaintiff

vs.

RONALD ERWIN MORGAN AND RUMA TRANSPORT, LLC

, Defendant

TO:  RUMA TRANSPORT,LLC
     BY SERVING ITS REGISTERED AGENT THOMAS JOSEPH RUMA
     1648 WELLINGTON WOODS DRIVE
     EUREKA, MISSOURI 63025
     OR WHEREVER HE MAY BE FOUND

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on   Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC of the PLAINTIFF in the above styled and numbered cause, which was filed on JANUARY 18, 2018 in the 98TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, January 26, 2018.

REQUESTED BY:
JOSE LUIS LOPEZ
1502 WEST AVE
AUSTIN, TX 78701
BUSINESS PHONE:(512)580-9962  FAX:(512)532-7077

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX  78701

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - -- - -- - -- **R E T U R N** -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock _____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock _____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC, LAWYER REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____, _____.

_____
Sheriff / Constable / Authorized Person

By:_____

_____
Printed Name of Server

_____
Notary Public, THE STATE OF TEXAS

_____ County, Texas

D-1-GN-18-000287                          SERVICE FEE NOT PAID                          P01 - 000061059

☐ Original        ☐ Service Copy

**"Exhibit C"**

1/29/2018 1:25 PM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-18-000287**
**Michelle Barron**

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-18-000287**

BARDOMIANO FERNANDEZ

, Plaintiff

vs.

RONALD ERWIN MORGAN AND RUMA TRANSPORT, LLC

, Defendant

TO:  RUMA TRANSPORT,LLC
     BY SERVING ITS REGISTERED AGENT THOMAS JOSEPH RUMA
     1648 WELLINGTON WOODS DRIVE
     EUREKA, MISSOURI 63025
     OR WHEREVER HE MAY BE FOUND

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC of the PLAINTIFF in the above styled and numbered cause, which was filed on JANUARY 18, 2018 in the 98TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, January 26, 2018.

REQUESTED BY:
JOSE LUIS LOPEZ
1502 WEST AVE
AUSTIN, TX 78701
BUSINESS PHONE:(512)580-9962  FAX:(512)532-7075

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX  78701

PREPARED BY: RUBEN TAMEZ

-- - -- - -- - -- - -- - -- - -- **R E T U R N** -- - -- - -- - -- - -- - -- - --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the _____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR

DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC, LAWYER

REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of

pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

_____
Sheriff / Constable / Authorized Person

Sworn to and subscribed before me this the

_____ day of _____, _____.       By:_____

                                             Printed Name:_____

                                             _____ County, Texas
_____
Notary Public, THE STATE OF TEXAS

D-1-GN-18-000287                      SERVICE FEE NOT PAID              P01 - 000061059

☐ Original    ☐ Service Copy

**"Exhibit C"**

## AFFIDAVIT OF SERVICE

State of Texas             County of Travis           98th Judicial District Court

Case Number: D-1-GN-18-000287

Plaintiff:
**Bardomiano Fernandez**
vs.
Defendant:
**Ronald Erwin Morgan and Ruma Transport, LLC**

For: Joe Lopez
The Lopez Law Firm

Received by Austin Process LLC on the 26th day of January, 2018 at 12:29 pm to be served on Ruma Transport, LLC by serving its registered agent, Thomas Joseph Ruma, 1648 Wellington Woods Dr, Eureka, St. Louis County, MO 63025. I, ___AMY POST_____, being duly sworn, depose and say that on the ___ day of __JAN__, 201_ at 5:09 , executed service by delivering a true copy of the Citation and Plaintiff's Original Petition, Request for Disclosure, First Set of Interrogatories, and Request for Production to Ruma Transport LLC in accordance with state statutes in the manner marked below:

(✓) PUBLIC AGENCY: By serving ___Thomas Ruma — Reg. Agent___ of the within-named agency at ___1648 Wellington Woods Dr, Eureka MO 63025___

( ) SUBSTITUTE SERVICE: By serving _____ as _____ e*_____

( ) CORPORATE SERVICE: By serving _____ as _____ at _____

( ) OTHER SERVICE: As described in theComments below by serving _____ as _____ at _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __27__ day of __JAN__, __18__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____ *Amy Post*
PROCESS SERVER # ___N/A___
Appointed in accordance with State Statutes

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
**(512) 480-8071**

Our Job Serial Number: 2018000917
Ref: Bardomiano Fernandez v Ruma Transport

KAREN L. MACCHI
My Commission Expires
June 28, 2019
St. Louis County
Commission #15421610

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e

## "Exhibit C"

2/13/2018 11:37 AM
**Velva L. Price**
**District Clerk**
**Travis County**
**D-1-GN-18-000287**
Roxana Vasquez

C I T A T I O N

T H E   S T A T E   O F   T E X A S

**CAUSE NO. D-1-GN-18-000287**

BARDOMIANO FERNANDEZ

, Plaintiff

vs.

RONALD ERWIN MORGAN AND RUMA TRANSPORT, LLC

, Defendant

TO:   RONALD ERWIN MORGAN
      5016 FLAMINGO LANE
      DADE CITY, FLORIDA 33523-8839
      OR WHEREVER HE MAY BE FOUND

Defendant, in the above styled and numbered cause:

**YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.**

Attached is a copy of the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC of the PLAINTIFF in the above styled and numbered cause, which was filed on JANUARY 18, 2018 in the 98TH JUDICIAL DISTRICT COURT of Travis County, Austin, Texas.

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office, January 26, 2018.

REQUESTED BY:
JOSE LUIS LOPEZ
1502 WEST AVE
AUSTIN, TX 78701
BUSINESS PHONE:(512)580-9962  FAX:(512)532-7074

Velva L. Price
Travis County District Clerk
Travis County Courthouse
1000 Guadalupe, P.O. Box 679003 (78767)
Austin, TX  78701

PREPARED BY: RUBEN TAMEZ

-- -- -- -- -- -- -- -- -- -- -- R E T U R N -- -- -- -- -- -- -- -- -- -- --

Came to hand on the _____ day of _____, _____ at _____ o'clock ____M., and

executed at _____ within the County of

_____ on the ____ day of _____, _____, at _____ o'clock ____M.,

by delivering to the within named _____, each

in person, a true copy of this citation together with the PLAINTIFFS ORIGINAL PETITION, REQUEST FOR

DISCLOSURE, FIRST SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION TO RUMA TRANSPORT, LLC, LAWYER

REFERRAL accompanying pleading, having first attached such copy of such citation to such copy of

pleading and endorsed on such copy of citation the date of delivery.

Service Fee: $ _____

Sworn to and subscribed before me this the

_____ day of _____.

_____
Notary Public, THE STATE OF TEXAS

Sheriff / Constable / Authorized Person

By: _____

_____
Printed Name of Server

_____ County, Texas

D-1-GN-18-000287

☐ Original    ☐ Service Copy

SERVICE FEE NOT PAID

P01 - 000061058

**"Exhibit C"**

## AFFIDAVIT OF SERVICE

State of Texas          County of Travis          98th Judicial District Court

Case Number: D-1-GN-18-000287

Plaintiff:
Bardomiano Fernandez
vs.
Defendant:
Ronald Erwin Morgan and Ruma Transport, LLC

For: Joe Lopez
      The Lopez Law Firm

Received by Austin Process LLC on the 26th day of January, 2018 at 12:29 pm to be served on Ronald Erwin Morgan, 5016 Flamingo Ln, Dade City, Hernando County, FL 33523-8839. I, _JAMES K. TROTTER_, being duly sworn, depose and say that on the __10__ day of _FEBRUARY_, 20_18_ at _735_ a.m., executed service by delivering a true copy of the Citation and Plaintiff's Original Petition, Request for Disclosure, First Set of Interrogatories, and Request for Production to Ruma Transport, LLC in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person at _1520 E. HWY 50 CLERMONT, FL 34711_
_(THE CRACKER BARREL RESTAURANT)_

( ) SUBSTITUTE SERVICE: By serving _____ as _____
                                                      at _____

( ) POSTED SERVICE: After attempting service to the front door or front gate on the property described at
_____

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (X) No   If yes, what branch? _____

Marital Status: (X) Married or ( ) Single   Name of Spouse _SUZANNE B. MORGAN_

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

                                               x _James K. Trotter_
                                              JAMES K. TROTTER

Subscribed and Sworn to before me on the _12th_ day of _February_, 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

                   Samantha Mullet
                   Notary Public
                 State of Florida
          My Commission Expires 10/8/2020
            Commission No. GG 27131

PROCESS SERVER # _91615-16_
Appointed in accordance with State Statutes

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: 2018000916
Ref: Bardomiano Fernandez v Ruma Transport

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1e

## "Exhibit C"