IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 JUN 21  AM 10: 01
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | | |
|---|---|---|
| BARDOMIANO FERNANDEZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CV-147-LY |
| | § | |
| RONALD ERWIN MORGAN AND | § | |
| RUMA TRANSPORT, LLC., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On June 19, 2019, the parties filed a Voluntary Dismissal by Stipulation of all Claims against Defendants with prejudice (Doc. #23), which the court has approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this 21st day of June, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE